EAST v. STATE.

Ohio Appeals, 4th Dist., Pike Co.

Decided Nov. 16, 1927.

First Publication of this Opinion.

Syllabus by Editorial Staff.

661. INTOXICATING LIQUOR—Affidavit, charging furnishing by giving intoxicating liquor, stating that liquor was "1 quart jar and 1 quart bottle" does not charge violation of statute.

Error to Common Pleas.

Judgment reversed.

C. M. Caldwell and Levi B. Moore, Waverly, for East.

Earl D. Parker, Pros. Atty., Waverly, for State.

FULL TEXT.

SAYRE, PJ.

The judgment of the trial court will be reversed for the following reason: The affidavit is defective in that after stating the furnishing by giving intoxicating liquor it states that the intoxicating liquor, instead of being wine, whiskey or some other named in the statute, was "1 Quart Jar and 1 quart bottle." Now there is no such intoxicating liquor as "1 Quart Jar and 1 quart bottle" and the affidavit, therefore, does not state a violation of the statute.

It is not necessary to go into any other question in the case, but the record discloses more evidence elicited by questions that were leading and adapted to bring out the answers desired by the propounder, without any mental operation of the witness, to a degree exceeding any record we have ever examined.

The judgment will be reversed and the defendant (plaintiff in error) discharged.

(Middleton and Mauck, JJ., concur.)